**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 2, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00419-CV

---

**CITY OF HITCHCOCK, Appellant**

**V.**

**BEVERLY GOODMAN, Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 21-CV-0715**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed May 23, 2022 denying appellant City of Hitchcock's plea to the jurisdiction. On July 5, 2022, the City filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.